UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KIRK BELL                                              CIVIL ACTION

VERSUS

JAMES LEBLANC ET AL.                 NO.: 17-00671-BAJ-EWD

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 34)** under 28 U.S.C. § 636(b)(1). The United States Magistrate Judge recommends that the Court deny, without prejudice, Secretary James LeBlanc and Warden Darrel Vannoy's Motion to Dismiss (Doc. 19) and Sergeant Jerry Hancock's Motion to Dismiss. (Doc. 27).

The Report and Recommendation notified the parties that they had 14 days from the date they received the Report and Recommendation to file written objections. (Doc. 34). No party objected. Having considered the Motions to Dismiss (Docs. 19, 27), Plaintiff's Amended Complaint (Doc. 32), and the United States Magistrate Judge's Report and Recommendation (Doc. 34), the Court approves the United States Magistrate Judge's Report and Recommendation and adopts the findings of fact, conclusions of law, and recommendation.

1

Accordingly,

**IT IS ORDERED** that the United States Magistrate Judge's **Report and Recommendation (Doc. 34)** is ADOPTED as the Court's opinion.

**IT IS FURTHER ORDERED** that the **Motion to Dismiss (Doc. 19)** filed by Secretary James LeBlanc and Warden Darrel Vannoy is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that the **Motion to Dismiss (Doc. 27)** filed by Sergeant Jerry Hancock is **DENIED** without prejudice.

Baton Rouge, Louisiana, this 12th day of February, 2019.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA